IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDISON ZORILLA, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　Defendant. | § § § § § § § § § § § § | C.A. NO. 4:16-CV-615 |

# ORDER

Having reviewed the Parties' Second Joint Motion for an Extension of Limited Discovery and Briefing Deadlines Related to Class Certification, this Court is of the opinion that the Motion should be **GRANTED**, and **ORDERS** that all class certification discovery and related briefing deadlines are enlarged for a period of seventy-five (75) days.

ENTERED this ____ day of _____, 2017.

_____
Judge Alfred H. Bennett
United States District Judge

Firmwide:145787279.1 073208.1167